UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-085-E

No. 25-1550

NOVARTIS AG;
NOVARTIS PHARMACEUTICALS CORP.

v.

NOVADOZ PHARMACEUTICALS LLC;
MSN PHARMACEUTICALS, Inc.;
MSN LABORATORIES PRIVATE LIMITED, Appellants

(D.N.J. No. 2:25-cv-00849)

Present: CHUNG, Circuit Judge

    1.    Motion by Appellants to Expedite Briefing, Argument and Disposition with a proposed briefing schedule of:

        Appellants' Opening Brief: April 23, 2025
        Appellee's Opposition Brief: May 23, 2025
        Appellants' Reply Brief: June 6, 2025

    2.    Appellee's Response to Motion to Expedite;

    3.    Reply in Support of Motion to Expedite.

    Respectfully,
    Clerk/sb

_____ORDER_____

The Court will defer action on the foregoing motion and hold this appeal in abeyance pending the District Court's decision on reconsideration of the order granting the preliminary injunction. The parties are directed to immediately notify the Clerk when the District Court has rendered its decision. Appellants shall also indicate whether they intend to move forward with the appeal and the motion to expedite and update the proposed briefing schedule, if necessary.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: April 15, 2025
Sb/cc: All Counsel of Record