# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1550

Novartis AG, et al v. Novadoz Pharmaceuticals LLC, et al

(U.S. District Court No.: 2:25-cv-00849)

## ORDER

By order entered , the Court stayed the above entitled case. All parties are directed to file a status report by **May 15, 2025** and every **thirty (30)** days thereafter until the stay is lifted.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 15, 2025
SB/cc:    Megan K. Bannigan, Esq.
Seth W. Lloyd, Esq.
Deanne E. Maynard, Esq.
Adam G. Unikowsky, Esq.