OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 14, 2025

Seth W. Lloyd, Esq.
Morrison & Foerster
2100 L Street NW
Suite 900
Washington, DC 20037

Deanne E. Maynard, Esq.
Morrison & Foerster
2100 L Street NW
Suite 900
Washington, DC 20037

RE: Novartis AG, et al v. Novadoz Pharmaceuticals LLC, et al
Case Number: 25-1550
District Court Case Number: 2:25-cv-00849

Dear Counsel:

Pursuant to our docketing letter dated **April 3, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: All Counsel of Record