No. 25-1550

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

NOVARTIS AG; NOVARTIS PHARMACEUTICALS CORPORATION,

*Plaintiffs-Appellees*,

v.

NOVADOZ PHARMACEUTICALS LLC; MSN PHARMACEUTICALS INC.; MSN LABORATORIES PRIVATE LIMITED,

*Defendants-Appellants*.

Appeal from the United States District Court for the District of New Jersey,
No. 2:25-cv-00849, Hon. Evelyn Padin

**JOINT STATUS REPORT**

By Orders of April 15, 2025, this Court held this appeal "in abeyance pending the District Court's decision on reconsideration of the order granting the preliminary injunction" and directed all parties to file a status report on May 15, 2025, and every 30 days thereafter. ECF11, ECF12. The parties jointly report that there have been no further developments in the District Court.

Dated: May 15, 2025

Respectfully submitted,

/s/ *Adam G. Unikowsky*
ADAM G. UNIKOWSKY
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, D.C. 20001
(202) 639-6041
aunikowsky@jenner.com

GIANNI P. SERVODIDIO
RÉMI JAFFRÉ
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1620
gservodidio@jenner.com
rjaffre@jenner.com

RON DAIGNAULT
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
(917) 838-9795
rdaignault@daignaultiyer.com

REBEKAH CONROY
STONE CONROY LLC
25A Hanover Road Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com

*Counsel for Defendants-Appellants*

/s/ *Deanne E. Maynard*
DEANNE E. MAYNARD
SETH W. LLOYD
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel.: (202) 887-8740
DMaynard@mofo.com

ZACH ZHENHE TAN
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

MEGAN K. BANNIGAN
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP**

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 62 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated: May 15, 2025 /s/ Deanne E. Maynard
                                                                                     Deanne E. Maynard

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on May 15, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 15, 2025   /s/ Deanne E. Maynard  
Deanne E. Maynard

sf-6726569