**MORRISON FOERSTER**

2100 L STREET NW
SUITE 900
WASHINGTON
DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 23, 2025

Writer's Direct Contact
+1 (202) 887-8740
DMaynard@mofo.com

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:** *Novartis AG v. Novadoz Pharmaceuticals LLC,* **No. 25-1550 (3d Cir.)**

By Orders of April 15, 2025, this Court held this appeal "in abeyance pending the District Court's decision on reconsideration of the order granting the preliminary injunction" and directed the parties to immediately notify the Clerk when the District Court rendered its decision. ECF11, ECF12.

Earlier today, the District Court issued a decision stating that it was not reconsidering its preliminary injunction enjoining appellants Novadoz/MSN's launch of tablets that nearly identically copy the protected trade dress of appellee Novartis's blockbuster drug ENTRESTO®, but the District Court nevertheless granted a stay of its preliminary injunction pending appeal. D.N.J.Dkt.51, D.N.J.Dkt.52. As soon as practicable, Novartis intends to seek emergency relief from that stay so that the status quo—that Novadoz/MSN's infringing tablets are not and never have been on the market—will be maintained during the pendency of this appeal.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted, |
| | /s/ Deanne E. Maynard |
| MEGAN K. BANNIGAN<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001 | DEANNE E. MAYNARD<br>SETH W. LLOYD<br>MORRISON & FOERSTER LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037 |
| ZACH ZHENHE TAN<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105 | Tel.: (202) 887-8740<br>DMaynard@mofo.com |

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP**

The foregoing filing complies with the relevant type-volume, typeface, and type style requirements of the Federal Rules of Appellate Procedure because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 138 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated: May 23, 2025                                       /s/ Deanne E. Maynard
                                                                        Deanne E. Maynard

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on May 23, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  May 23, 2025                                          /s/ Deanne E. Maynard
                                                                                            Deanne E. Maynard

ny-2965885