**MORRISON FOERSTER**

2100 L STREET NW
SUITE 900
WASHINGTON
DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 29, 2025

Writer's Direct Contact
+1 (202) 887-8740
DMaynard@mofo.com

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:   MSN's May 29 Letter (ECF25) in *Novartis AG v. Novadoz Pharmaceuticals LLC,* No. 25-1550 (3d Cir.)**

The Court should not entertain MSN's improper letter request to hold in abeyance Novartis's emergency motion for Rule 8 relief. Absent court order, MSN has made clear that by July 16, 2025, it plans to launch its generics—which MSN conceded it deliberately made to look nearly identical to the combined size, shape, and color of Novartis's ENTRESTO®. Novartis filed its expedited motion just two business days after the district court granted a stay pending appeal of its preliminary injunction against MSN. MSN's suggestion to hold Novartis's motion in abeyance is unfounded and would unfairly prejudice Novartis.

*First*, MSN itself previously sought expedition and a schedule that would have the appeal *merits* briefing completed by June 6. ECF5. Novartis responded on an expedited basis, agreed to MSN's merits-briefing schedule, and noted a faster schedule could be needed if circumstances changed. ECF9.[1] Yet MSN now would have this Court delay past June 6 *motions* briefing on the question of whether to restore the district court's injunction during this appeal to maintain the status quo: that Novartis has exclusive use of its trade dresses and MSN's copycats have never been on the market. Because the patent judgment preventing MSN from launching before July 16 creates the same urgency that MSN previously recognized (ECF5 at 6-7), MSN's flip-flopping should be rejected.

---

[1] There is thus nothing "misleading" about Novartis's statement reporting a previous agreement to expedited merits briefing. MSN.Letter.1 n.1.

*Second*, MSN's as-yet-unfiled motion for a limited remand cannot support further delay. Novartis will oppose any such motion, including because the district court already considered and declined to grant reconsideration. D.N.J.Dkt.51 at 4 n.1. Regardless, MSN's hypotheticals about what might happen in response to a series of unfiled appellate and district court motions provide no reason to delay briefing on Novartis's already-filed expedited Rule 8 motion. Instead, MSN should be required to file any opposition to Novartis's motion expeditiously, just as Novartis did for similar MSN motions.

MSN wanted this appeal to move promptly when it was enjoined pending appeal. Novartis simply seeks similar expedition now that the district court has stayed that injunction.

Dated: May 29, 2025

Respectfully submitted,

/s/ Deanne E. Maynard

MEGAN K. BANNIGAN
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001

ZACH ZHENHE TAN
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

DEANNE E. MAYNARD
SETH W. LLOYD
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel.: (202) 887-8740
DMaynard@mofo.com

*Counsel for Plaintiffs-Appellees Novartis AG and Novartis Pharmaceuticals Corporation*

2

# CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP

The foregoing filing complies with the relevant type-volume, typeface, and type style requirements of the Federal Rules of Appellate Procedure because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 350 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated: May 29, 2025                                  /s/ Deanne E. Maynard
                                                     Deanne E. Maynard

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on May 29, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Dated: May 29, 2025 | /s/ Deanne E. Maynard |
| | Deanne E. Maynard |

ny-2967865